In the Matter of the Application of CHARLES M. SCHUNCK to Lay Out and Extend a Certain Highway Known as Waverly Avenue at Seaford, in the Town of Hempstead, Nassau County, New York, and the Assessment of Damages Therefor.— Motion to confirm order of County Court of Nassau county granted. Order signed. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

In the Matter of the Petition of THE FARMERS' LOAN AND TRUST COMPANY and Others to Render and Settle Their Accounts as Executors, etc., of LIONEL J. SALOMON, Deceased, Respondents. NEW YORK FOUNDATION, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

ESTHER KOPP, Respondent, v. MORRIS KOPP, Defendant. ANNA TANNEN-BAUM, Appellant.— Motion to dismiss appeal granted and appeal dismissed. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

RICHARD KORNBLUM, Respondent, v. TERESA G. BATTIPAGLIA and NICOLA BATTIPAGLIA, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

HARRY LEMBERGER, Respondent, v. SAM KANER and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

WILLIAM H. MILES, Appellant, v. HECKER-JONES-JEWELL MILLING COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

ABRAHAM MILLER and Others, Respondents, v. ISIDOR M. LEVEY and Others, Defendants, and LADIES' MALBISH ARUMIM SOCIETY OF THE UPTOWN TALMUD TORAH, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

JAMES H. MURNAN, Respondent, v. WABASH RAILWAY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS ESPOSITO, Appellant.— Motion for enlargement of time to perfect and argue appeal granted upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE FRATSHER, Appellant, v. THE WARDEN OF THE CITY PRISON, BROOKLYN, NEW YORK, and Any Other Person Having the Custody of the Body of GEORGE FRATSHER, Respondents.— Motion to dismiss appeal granted and appeal dismissed. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK R. MCCULLOUGH, Appellant, v. THE SHERIFF OF KINGS COUNTY and MARYLAND CASUALTY COM-